UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR. NO. 4:24- 00254 |
| | : | |
| v. | : | |
| | : | (Judge Arbuckle    ) |
| MICHAEL MCCOY, | : | |
| Defendant. | : | (electronically filed) |

# INFORMATION

**THE UNITED STATES ATTORNEY CHARGES**:

## COUNT 1
18 U.S.C. § 1791(a)(2)
(Possession of Contraband by an Inmate)

On or about May 25, 2024, in Union County, within the Middle District of Pennsylvania, the defendant,

**MICHAEL MCCOY,**

an inmate of Federal Correctional Institution, Allenwood ("FCI Allenwood"), a federal correctional, detention, and penal facility, knowingly possessed a prohibited object, to wit, a phone or other device used by a user of commercial mobile service, as defined in section 332(d) of the Communications Act of 1934, in connection with such service.

In violation of Title 18, United States Code, Sections 1791(a)(2) and (b)(4).

GERARD M. KARAM
United States Attorney

By: *Tatum Wilson*
TATUM R. WILSON
Assistant U.S. Attorney
